```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20320
    DAVID AGUIRRE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4120


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/31/2007 and was confirmed 01/28/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.15%.

    The case was dismissed after confirmation 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------
US BANK NATIONAL           NOTICE ONLY    NOT FILED               .00             .00
NATIONAL AUTO FINANCE CO   SECURED VEHIC   15707.79               .00          335.68
OCWEN FEDERAL BANK         CURRENT MORTG       .00                .00         8716.51
OCWEN FEDERAL BANK         MORTGAGE ARRE    6701.23               .00             .00
GE CONSUMER FINANCE        UNSECURED         138.93               .00             .00
COMMONWEALTH EDISON        UNSECURED         364.62               .00             .00
CAPITAL ONE                UNSECURED         825.64               .00             .00
CAPITAL ONE                UNSECURED         771.05               .00             .00
ECAST                      UNSECURED          90.01               .00             .00
CHASE BANK USA NA          UNSECURED         555.71               .00             .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED               .00             .00
HSBC ORCHARD BANK          UNSECURED      NOT FILED               .00             .00
HOUSEHOLD BANK             NOTICE ONLY    NOT FILED               .00             .00
NICOR GAS                  UNSECURED      NOT FILED               .00             .00
TARGET NATIONAL BANK       UNSECURED      NOT FILED               .00             .00
LVNV FUNDING LLC           UNSECURED        3632.71               .00             .00
NATIONAL AUTO FINANCE CO   UNSECURED        1289.06               .00             .00
PINNICLE COMPANY           CURRENT MORTG       .00                .00         3385.16
PINNICLE COMPANY           MORTGAGE ARRE    1764.00               .00             .00
HSBC BANK NEVADA NA        UNSECURED       13062.16               .00             .00
ECAST SETTLEMENT CORP      UNSECURED        6426.75               .00             .00
ECAST SETTLEMENT CORP      UNSECURED         719.09               .00             .00
ECAST SETTLEMENT CORP      UNSECURED         232.78               .00             .00
ECAST SETTLEMENT CORP      UNSECURED         549.27               .00             .00
TIMOTHY K LIOU             DEBTOR ATTY         .00                                .00
TOM VAUGHN                 TRUSTEE                                            1,075.27
DEBTOR REFUND              REFUND                                                 .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 20320 DAVID AGUIRRE
```

```
TRUSTEE                                          13,512.62

PRIORITY                                                               .00
SECURED                                                          12,437.35
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                              1,075.27
DEBTOR REFUND                                                          .00
                                                 ----------------   ----------------
TOTALS                                           13,512.62          13,512.62
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
    Dated: 10/23/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                                    PAGE   2
        CASE NO. 07 B 20320 DAVID AGUIRRE